[No. 24780–8–I.   Division One.   August 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
EDWARD BISHOP, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 89–1–00227–7, John E. Rutter, Jr., J.,
entered September 12, 1989. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Scholfield and Cole-
man, JJ. Now published in 63 Wn. App.